Leeron G. Kalay
(Cal. Bar # 233579, kalay@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

*Of Counsel:*
Matthew L. Levine, *pro hac vice*
(Levine@fr.com)
FISH & RICHARDSON P.C.
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 641-2270
Facsimile: (212) 258-2291

Franceska O. Schroeder
(Schroeder@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiff
THAICOM PUBLIC COMPANY LIMITED

*E-Filed 12/7/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| THAICOM PUBLIC COMPANY LIMITED, f/k/a Shin Satellite Public Company Limited, <br><br> Plaintiff(s), <br><br> v. <br><br> QUALCORE LOGIC (ANALOG), INC., <br><br> Defendant(s). | Case No. C-09-02800 RS <br><br> **REQUEST TO MODIFY CASE SCHEDULE** |

IT IS HEREBY REQUESTED by Plaintiff Thaicom Public Company Limited ("Thaicom"), that the Case Management Conference currently set for December 16, 2009 be extended by twenty-eight days to Wednesday, January 13, 2010.

This is Thaicom's first request for modification of the schedule in this matter. Thaicom requests this change in light of the pending Motion for Default Judgment, submitted on September 30, 2009 (D.I. 15). The Court held a hearing regarding Thaicom's motion on November 18, 2009; a supplemental declaration addressing the Court's questions was filed by Thaicom the same day (D.I. 20). As noted in Thaicom's motion, defendant QualCore Logic (Analog), Inc. has not made an appearance in this matter and default has been entered by the clerk; modification of the scheduled date for the Case Management Conference may prevent the unnecessary expenditure of resources by the Court. Granting the instant request will not impact any other scheduled event in the case.

Dated: December 7, 2009    **FISH & RICHARDSON P.C.**

By: /s/ Leeron G. Kalay
Leeron G. Kalay

Attorney for Plaintiff
THAICOM PUBLIC COMPANY LIMITED

**So ORDERED and SIGNED this 7th day of December, 2009.**

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

50687846