| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. (650) 839-5218 | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] RECORDING REQUEST BY AND RETURN TO: Keeley I. Vega (CA #259928), FISH & RICHARDSON P.C., 500 Arguello St., Suite 500, Redwood City, CA 94063 | | |
| [X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 280 South First Street, Room 2112
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

PLAINTIFF: Thaicom Public Company Limited

DEFENDANT: QualCore Logic (Analog), Inc.

| WRIT OF | [X] EXECUTION (Money Judgment) | CASE NUMBER: C-09-02800 RS |
|---|---|---|
| | [ ] POSSESSION OF [ ] Personal Property | |
| | [ ] Real Property | FOR COURT USE ONLY |
| | [ ] SALE | |

1. To the Sheriff or any Marshal or Constable of the County of: Santa Clara

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): Thaicom Public Company Limited

   is the [X] judgment creditor [ ] assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):

   QualCore Logic (Analog), Inc.
   1289 Anvilwood Ave
   Sunnyvale, CA 94089-2204

   [ ] additional judgment debtors on reverse

5. Judgment entered on (date): January 5, 2010
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see reverse).
8. [ ] Joint debtor information on reverse.

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................................................. $ 197,568.41
12. Costs after judgment (per filed order or memo CCP 685.090 ........................ $
13. Subtotal (add 11 and 12) ........................ $ 197,568.41
14. Credits .......................................................... $
15. Subtotal (subtract 14 from 13) ................ $ 197,568.41
16. Interest after judgment (per filed affidavit CCP 685.050) ................................... $
17. Fee for issuance of writ ............................ $
18. Total (add 15, 16, and 17) ........................ $ 197,568.41
19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of ........ $ 54.13
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

(SEAL)  Issued on (date): FEB 1 1 2010  Clerk, by _Ditty Wacton_, Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89

50693187.pdf

| SHORT TITLE: Thaicom v. QualCore | CASE NUMBER: C-09-02800 RS |
|---|---|

CONTINUED FROM FRONT:
- [ ] Additional judgment debtor *(name and last known address)*:

- [ ] Notice of sale has been requested by *(name and address)*:

- [ ] Joint debtor was declared bound by the judgment (CCP 989-994)
  a. on *(date)*:
  b. name and address of joint debtor

  a. on *(date)*:
  b. name and address of joint debtor

  c. [ ] additional costs against certain joint debtor: *(itemize)*:

- [ ] Judgment was entered for the following:
  a. [ ] Possession of personal property
    - [ ] If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
  b. [ ] Possession of real property
  c. [ ] Sale of personal property
  d. [ ] Sale of real property
  e. Description of property

---

**- NOTICE TO PERSON SERVED -**

**Writ of execution or sale.** Your rights and duties are indicated on the accompanying Notice of Levy.

**Writ of possession of personal property.** If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**Writ of possession of real property.** If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

---

*E-Filed 1/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THAICOM PUBLIC COMPANY LIMITED, | No. C 09-02800 RS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| QUALCORE LOGIC (ANALOG), INC., | |
| Defendant. | |

Pursuant to the order granting plaintiff's motion for entry of default judgment entered this date, IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Thaicom Public Company Limited against Qualcore Logic (Analog), Inc. in the principal amount of $166,666.80 with prejudgment interest of $30,901.6 for a total of $197,568.41.

IT IS SO ORDERED.

Dated: January 5, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

RWR

No. C 09-02800 RS
JUDGMENT